# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: APPEAL OF DEREK BURNS

NO.   2019 CW 0280

**JUL 2 9 2019**

---

In Re:   City of Baton Rouge Police Department, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 664937.

---

**BEFORE:   GUIDRY, McCLENDON, HIGGINBOTHAM, CHUTZ, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.**   Neither La. R.S. 33:2501 nor Rules VI or VIII of the Baton Rouge Municipal Fire and Police Civil Service Board Rules mandate that the testimony taken or the proceedings before the Baton Rouge Municipal Fire and Police Civil Service Board be transcribed.   The record in this case is not rendered incomplete or in violation of La. Const. art. I, § 19 due to the lack of a transcript or an audio recording. Because neither party requested that the proceedings be transcribed nor furnished a court reporter for the purpose of obtaining a transcript, a transcript was not required in this case.   La. R.S. 33:2501(E)(3); Rule VIII, Section 1, Baton Rouge Municipal Fire and Police Civil Service Board Rules. Accordingly, we find that the district court's February 27, 2019 ruling permitting a full remand was in error and said ruling is hereby vacated.   However, La. R.S. 33:2501 and Rules VI and VIII of the Baton Rouge Municipal Fire and Police Civil Service Board Rules require written findings of fact be issued by the Baton Rouge Municipal Fire and Police Civil Service Board when no transcript is made.   To the extent that the record before the district court lacks written findings of fact, this matter is remanded to the district court with an order to have the Baton Rouge Municipal Fire and Police Civil Service Board supplement the record in this case with the written findings of fact.

JMG
PMc
WIL

**Higginbotham and Chutz, JJ.,** dissent and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT